# United States Bankruptcy Court
## Northern District of California

In re: **GOLDEN ORANGE TREE, LLC**
Debtor(s)

Case No. _____
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **GOLDEN ORANGE TREE, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

_March 7, 2012_
Date

_/s/ V. Nguyen_
**VINCE D. NGUYEN**
Signature of Attorney or Litigant
Counsel for **GOLDEN ORANGE TREE, LLC**
NEWTON LAW GROUP
1275 S. Winchester Blvd.
Suite E
San Jose, CA 95128
(408) 243-1888 Fax:(408) 624-1014
vincen@newtonlawgroup.com