# United States Bankruptcy Court
## Northern District of California

In re **GOLDEN ORANGE TREE, LLC**, Debtor

Case No. **12-10673**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Chuan Ha<br>2030 Admiral Place<br>San Jose, CA 95133 | Member | 50% | Percentage |
| Justin Nguyen<br>2520 Hillegass Ave<br>#401<br>Berkeley, CA 94704 | Member | 50% | Percentage |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **May 4, 2012**

Signature **/s/ Chuan Ha**
Chuan Ha
Managing Member

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com   Best Case Bankruptcy