```
 1  CHUAN HA
    For GOLDEN ORANGE TREE, LLC
 2  1275 Fourth Street, Suite 638
    Santa Rosa, CA 95404
 3  (408) 234-3293

 4  In Pro Per
```

# U.S BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SANTA ROSA DIVISION

In re:

GOLDEN ORANGE TREE, LLC

Debtor.

Case No. 12-10673-AJ

CHAPTER 11

**DECLARATION BY CHUAN HA IN OPPOSITION TO MOTION TO DISMISS CASE UNDER CHAPTER 11 U.S.C §1112(b), OR IN THE ALTERNATIVE, TO CONVERT CASE TO CHAPTER 7**

Hearing:

Date: July 20, 2012
Time: 9:00 AM
Court: Honorable Alan Jaroslovsky
       99 South "E" Street
       Santa Rosa, CA 95404

I, Chuan Ha, undersigned, hereby declare as follows:

1. I am the managing member of Golden Orange Tree LLC which is Debtor in this case.

2. I am writing this declaration to oppose to the Motion to Dismiss or To Convert filed by the Trustee Office.

3. At the present time, Debtor does not have an attorney. The attorney we hired before, who is Ms. Diane Beall, has not been approved by the court. I am in the process of looking for a new attorney.

4. After my previous attorney left the case, I had a bad flu that lasted nearly three weeks. During that period, the communication between her and me was broken. I had no knowledge about this motion until recently.

5. When I finally received the motion, I realized that the causes of the motion are: not filing the operating reports, and not paying the trustee fees.

6. On the operating reports, I have caused the preparation of the April Operating Report and the May Operating Report. The April Operating Report was filed on July 17, 2012. The May Operating Report was filed on July 18, 2012. The court dockets should reflect this fact.

7. On the payment to trustee, I caused the sending of a $325 check to the address shown on the accompanying envelop. I sent it off by Post Office Express Mail on July 17, 2012. This payment should make my account current. See Exhibit A, "Payment to Trustee Office", herein attached.

8. I apologize to the court and to the Trustee Office for this lateness, and also the late filing of this opposition. I believe when I have a new attorney, Debtor will be able to comply with court orders and rules properly.

9. Based on the foregoing reasons, I respectfully request that he court denies the motion to dismiss or to convert, and let Debtor to continue in our effort to file the disclosure and the Chapter 11 plan .

Under penalty of perjury under the laws of the Unite States, I declare that the foregoing is the truth, and the declaration is executed in Santa Rosa, County of Sonoma, State of California.

Date: July 18 , 2012

_____
Chuan Ha,
Managing Member of Golden Orange Tree, LLC

Declaration by Chuan Ha in Opposition
To Motion to Dismiss or to Convert

2

**Exhibit A**

**Payment to Office of U.S. Trustee**

**NEWTON LAW GROUP**
CLIENT TRUST ACCOUNT
743 S. WINCHESTER BLVD., SUITE 200
SAN JOSE, CA 95128
(408) 243-7888

WELLS FARGO BANK
11-4288/1210

1075

Date: July 16, 2012

PAY TO THE ORDER OF: Office of the U.S. Trustee      $ 325.00

Three Hundred Twenty-Five ———————— DOLLARS

AUTHORIZED SIGNATURE

MEMO

⑈001075⑈ ⑆121042882⑆ 3036196511⑈

NEWTON LAW GROUP - CLIENT TRUST ACCOUNT - SAN JOSE, CA 95128

1075

Case: 12-10673   Doc# 62   Filed: 07/18/12   Entered: 07/18/12 23:58:45   Page 4 of 5

# USPS Express Mail Label

**EI 619361753 US**

**EXPRESS MAIL** — UNITED STATES POSTAL SERVICE
Customer Copy — Label 11-B, March 2004
Post Office To Addressee

## ORIGIN (POSTAL SERVICE USE ONLY)

- PO ZIP Code: 95117
- Date Accepted: 7/17/12
- Time Accepted: 4:56 PM
- Flat Rate ☒ or Weight
- Day of Delivery: ☒ 2nd Del. Day
- Scheduled Date of Delivery: 7/19
- Scheduled Time of Delivery: ☒ Noon
- Postage: $18.95
- Total Postage & Fees: $18.95
- Acceptance Emp. Initials: BSC

**FROM:** PHONE (408) 828-0078
Newton Law Group
1210 S Winchester Blvd, Ste 111
San Jose CA [illegible] 95128

**TO:**
US Trustee Payment Center
PO Box 530202
Atlanta GA 30353-0202

FOR PICKUP OR TRACKING Visit www.usps.com Call 1-800-222-1811