DONNA S. TAMANAHA,
Assistant U.S. Trustee (WI#1013199)
JULIE M. GLOSSON,
Trial Attorney (#230709)
U.S. Department of Justice
Office of the U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 705-3333
Facsimile: (415) 705-3379
Email: julie.m.glosson@usdoj.gov

Attorneys for Acting United States Trustee
August B. Landis

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SANTA ROSA DIVISION

| | |
|---|---|
| In re ) | Case No. 12-10673 AJ |
| ) | |
| **GOLDEN ORANGE TREE, LLC**, ) | Chapter 11 |
| ) | |
| ) | Date: July 20, 2012 |
| ) | Time: 9:00 a.m. |
| Debtor. ) | Ctrm: Honorable Alan Jaroslovsky |
| ) | 99 South "E" Street |
| | Santa Rosa, CA |

## ORDER DISMISSING CASE

The matter of the United States Trustee's Motion to Dismiss Case Under 11 U.S.C. § 1112(b), or In the Alternative, to Convert Case to Chapter 7 came on for hearing on July 20, 2012 at 9:00 a.m. before the Honorable Alan Jaroslovsky. Vikas Kumar appeared for the U.S. Trustee and no appearance was made by the Debtor. For the reasons stated on the record, and notice being proper, **IT IS HEREBY ORDERED**

(1) The U.S. Trustee's Motion is granted; and

(2) The above-captioned case is dismissed.

Dated: July 23, 2012

Alan Jaroslovsky
U. S. Bankruptcy Judge